Copies mailed to Movant
Chambers of Judge Kaplan

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
DUANE BEATY,

                Movant,

                22-cv-8206 (LAK)

    -against-

                [03-cr-1364 (LAK)]

United States of America,

                Respondent.
------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Duane Beaty moves, *pro se*, to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.[1]  The government shall respond by July 1, 2024.

        SO ORDERED.

Dated:      May 14, 2024

                                        /s/ Lewis A. Kaplan
                                          Lewis A. Kaplan
                                        United States District Judge

---

[1] Dkt 1.