USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
DUANE BEATY,

                Movant,

     -against-

                 22-cv-8206 (LAK)
                 23-cv-06011 (LAK)
                 [03-cr-1364 (LAK)]

United States of America,

                Respondent.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

     Movant shall file any reply papers in support of his successive motion under 28 U.S.C. 2255 no later than July 31, 2024.

     SO ORDERED.

Dated:     July 2, 2024

                                          /s/ Lewis A. Kaplan
                                          Lewis A. Kaplan
                                       United States District Judge